HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK D WALDRON, Chapter 7 Bankruptcy Trustee<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, et al.,<br><br>Defendants<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br>Counterclaim Plaintiff/Third Party Plaintiff,<br>v.<br>MICHAEL PAUL FREE and HAK SUK FREE; TIMBERLAND BANK; BOEING EMPLOYEES' CREDIT UNION; ALL OCCUPANTS OF THE PROPERTY COMMONLY KNOWN AS 2066 TAYLOR STREET, MILTON, WA 98354, Counterclaim Defendants/Third Party Defendants | CASE NO. C15-5139-RBL<br><br>ORDER |

THIS MATTER is before the Court on Deutsche Bank's Motion to Strike Plaintiff's Untimely Response [Dtk. #68] and its Motion for Reconsideration [Dkt #70] of the Court's

ORDER - 1

Order permitting the substitution of the bankruptcy trustee as the real party in interest [Dkt. #69]. The Motion to Strike is DENIED as moot.

Deutsche Bank argues that the Plaintiffs were required to—and could not—establish that their failure to name the real party in interest was the result of an "honest and understandable mistake." *See* Fed. R. Civ. P. 17(a)(3); *Feist v. Consolidated Freightways Corp.,* 100 F.Supp.2d 273, 276 (E.D. Pa. 1999). The Court has already indicated its skepticism of any claim of such a mistake.

Under Local Rule CR 7(h), no motion for reconsideration will be granted unless an opposing party has been afforded the opportunity to file a response.

The court hereby REQUESTS that Trustee Waldron file a short (less than 6 pages) Response to the Motion for Reconsideration. The Response should address the applicability of Rule 17 and the "understandable mistake" standard to his substitution effort. It should also address whether any creditors might be prejudiced if he is not permitted to substitute. The Response should be filed by December 27, 2016. Deutsche Bank's Reply, if any should be filed December 30. The Motion for Reconsideration [Dkt. #70] is **RE-NOTED for December 30, 2016**.

IT IS SO ORDERED.

Dated this 21st day of December, 2016.

Ronald B. Leighton
United States District Judge